**Motion Granted; Judgment Set Aside, Case Remanded, and Memorandum Opinion filed May 21, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00874-CV

---

### TAMMI WALLACE; WILLIAM ISAAC DAVIS, III; LARA ATTAYI; DIMITRI FETOKAKIS; ROBERT JARA; RYAN HALEY; STEPHEN L. MADDEN; MICHAEL V. GROVER; AND AMIR SABZEVARI, IN THEIR OFFICIAL CAPACITIES, Appellants

### V.

### 1620 HAWTHORNE, LTD., Appellee

---

### On Appeal from the 333rd District Court
### Harris County, Texas
### Trial Court Cause No. 2012-20396

---

### MEMORANDUM OPINION

This is an appeal from the trial court's judgment signed on October 31, 2017. On May 10, 2019, the parties filed a joint motion to set aside or vacate the judgment and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(2)(B). The motion is

granted.

We set aside the judgment signed October 31, 2017, without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Poissant.